[No. 14873-1-II.   Division Two.   April 23, 1993.]

RONALD S. JANISCH, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-2-02464-2, Karen B. Conoley, J., entered March 8, 1991. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Worswick, J. Pro Tem.

[No. 15047-6-II.   Division Two.   April 23, 1993.]

WALTER E. CULBERTSON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-01780-7, Paula Casey, J., entered May 13, 1991. *Affirmed* by unpublished opinion per Worswick, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Pearson, J. Pro Tem.

[No. 14537-5-II.   Division Two.   April 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELA MATILDA WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-02394-1, Rosanne Buckner, J., entered December 3, 1990. *Affirmed* by unpublished opinion per Doran, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Skimas, J. Pro Tem.